478 A.2d 106

Commonwealth v. Abdullah, Appellant.
Petition for Allowance of Appeal
Denied Jan. 7, 1985.

 Submitted April 16, 1984. Vincent M. Lorusso, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.